UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

MILO and LOIS KENTERA,

    Plaintiffs,

v.                                                     Case No. 2:16-cv-01020-JPS

UNITED STATES OF AMERICA,

    Defendant.

---

**UNITED STATES' MOTION TO DISMISS**
**(Fed. R. Civ. P. 12(b)(3) & 12(b)(6))**

The plaintiffs are seeking judicial review of penalty assessments made by the Internal Revenue Service against them under provisions of the Bank Secrecy Act (31 U.S.C. § 5311, *et seq.*), and a declaratory judgment that the assessments are null and void. The complaint should be dismissed for failure to state a claim upon which relief can be granted because the United States has not waived its sovereign immunity in this case. Also, venue is not proper in this judicial district. A brief in support of this motion is filed herewith.

Dated: December 7, 2016.

                                                        Respectfully submitted,

                                                        GREGORY J. HAANSTAD
                                                        United States Attorney

                                                        */s/ Martin M. Shoemaker*
                                                        MARTIN M. SHOEMAKER
                                                        U.S. Dept. of Justice, Tax Division
                                                        P.O. Box 7238
                                                       Washington, DC  20044
                                                       202-514-6491 (phone)
                                                      202-514-6770 (fax)
                                                      Martin.m.shoemaker@usdoj.gov